**[Drtnchk]** [Returned Funds Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

www.flmb.uscourts.gov

Sheryl L. Loesch                                                                                       Gull Weaver
Clerk of Court                                                                                         Deputy−In−Charge

Date: May 25, 2022

Case Numbers: 16-4375, 16-4489, 17-1873, 18-1911, 18-4267, 20-841, 20-2549, 20-3362

Debtor: Kathleen P. Murray (16-4375)
      Marvin G. & Carolina Zeron (16-4489)
      Robert Bicek (17-1873)
      Davit Triiplett (18-1911)
      Patricia Clanton (18-4267)
      Kathy Tonnah (20-841)
      Shawn Langolf (20-2549)
      Raquel Canady (20-3362)

Enclosed is your payment in the amount of $ 3,227.61 . It is being returned to you for the following reason(s):

☐  The Court does not accept cash. Please resubmit payment by **money order** or **cashier's check** made payable to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐  The Court cannot accept a debtor's check. Please resubmit your payment by **money order** or **cashier's check** made payable to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐  The Court cannot accept a personal check from a non−attorney filer. Please resubmit your payment by **money order** or **cashier's check** made payable to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐  The "Pay To The Order Of" information in your payment is incorrect. Please resubmit your cashier's check/money order made payable to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐  Your payment does not reflect the correct amount due. Please resubmit your cashier's check/money order in the amount of $ to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐  Your cashier's check/money order was received unsigned. Please sign and resubmit the payment within seven (7) days.

☑  The Court is unable to determine how to post your payment with the information provided. Please resubmit your check with detailed supporting documentation.

☐  The fee has already been paid.

☐  Comments:

**PLEASE RETURN THIS FORM WITH YOUR RESPONSE**

Deborah K.
(813) 301-5318
