**[Doaauf]** [District Order Approving Application for Payment Unclaimed Funds]

## ORDERED.

**Dated:  November 10, 2022**

Jacob A Brown
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 3:17–bk–01873–JAB
                                                                        Chapter 13

Robert P Bicek

_____Debtor*_____/

### ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

    THIS CASE came on for consideration of the Application for Payment of Unclaimed Funds (Document No. 78) (the "Application"). The Application was filed on November 4, 2022 by Robert Bicek. Having verified that the sum of $ 8,409.11 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Application should be approved. Accordingly, it is

    *ORDERED:*

    1. The Application is Approved.

    2. After 14 days from the date of this order, the Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 8,409.11 to:

     Robert Bicek
     5520 Collins Road, Apt. 1202
     Jacksonville, FL 32244

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.